In the Matter of the Application of WILLIAM H. BROWN-ING, Respondent, for a Peremptory Writ of Mandamus against ROBERT ADAMSON, as Fire Commissioner of the City of New York, Appellant.

*Matter of Browning* v. *Adamson,* 175 App. Div. 526, affirmed.
(Argued January 11, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1916, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to rescind an order requiring the relator as part owner of certain premises to provide an inclosure of approved fire-retarding material around the light shaft on west side of building leading from second story to rear. The question at issue was as to the power of the fire commissioner to issue the order.

*Lamar Hardy, Corporation Counsel (E. Crosby Kindleberger, Terence Farley, William J. Millard* and *Martin H. Murphy* of counsel), for appellant.

*Alexander C. MacNulty* for respondent.

*William M. Bennett,* amicus curiæ.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN and CARDOZO, JJ. Dissenting: CUDDEBACK and POUND, JJ.